UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RASSEKH SOBH,

    Plaintiff,

v.                                  Case No: 8:15-cv-716-T-30EAJ

HARTFORD LIFE & ACCIDENT
INSURANCE COMPANY,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Elizabeth A. Jenkins (Dkt. #18) and Plaintiff's Objections (Dkt. #19) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate Judge, the Objections, and in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #18) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Dispositive Motion for Summary Judgment with Statement of Undisputed Material Facts (Dkt. #13) is GRANTED.

3. Plaintiff's Motion for Summary Judgment (Dkt. #14) is DENIED.

4. The Clerk of Court is directed to enter Final Judgment in Defendant's favor and against Plaintiff.

5. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 23rd day of November, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2015\15-cv-716 adoption 18.docx

2